LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSY ZAKLIT** and **ALFRED ZAKLIT,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**PHILLIPS & COHEN ASSOCIATES, LTD.**<br><br>Defendant. | Case No. 5:15-cv-01432-DSF-KK<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFFS by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiffs request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 11th day of March, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Notice of Settlement - 1

Filed electronically on this 11th day of March, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Dale S. Fischer
United States District Court
Central District of California

Damian P Richard
Sessions Fishman Nathan and Israel LLP

Debbie P Kirkpatrick
Sessions Fishman Nathan and Israel LLP

This 11th day of March, 2016.

s/Todd M. Friedman
Todd M. Friedman